NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH FRISARI, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISH NETWORK, L.L.C.,<br><br>Defendant. | Civil Action No.: 12-5495<br><br>**ORDER** |

**CECCHI, District Judge.**

The Court has been informed by the Parties that this case is currently in binding arbitration to which all Parties consent.

Accordingly, IT IS on this 22nd day of September, 2014:

ORDERED that this case is stayed pending the outcome of the arbitration; and it is further

ORDERED that the Clerk shall administratively terminate this action, without prejudice to the right of the parties to reopen the proceedings should there be any issues unresolved by the arbitration.

SO ORDERED.

CLAIRE C. CECCHI, U.S.D.J.