Jonathan I. Nirenberg (032431998)
Rabner Baumgart Ben-Asher & Nirenberg, P.C.
52 Upper Montclair Plaza
Upper Montclair, New Jersey 07043-1391
Tel: (973) 744-4000
Fax: (973) 783-1524
JNirenberg@njemploymentlawfirm.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH FRISARI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISH NETWORK, LLC,<br><br>Defendant. | CIV. ACTION NO. 12-5495<br><br>NOTICE OF MOTION |

TO:   Jeffrey F. Klamut, Esq
        Christian Antkowiak, Esq.
        Buchanan Ingersoll & Rooney PC
        One Oxford Centre, 20th Floor
        Pittsburgh, PA  15219-1410

COUNSEL:

**PLEASE TAKE NOTICE** that on November 28, 2016, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff

Elizabeth Frisari, individually and on behalf of all others similarly situated, will move before the United States District Court for the District of New Jersey, by way of motion, seeking (1) to confirm an arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. § 9; and (2) for entry of Judgment confirming the Award.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon the enclosed brief and the Certification of Jonathan I. Nirenberg.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Rabner Baumgart Ben-Asher<br>
& Nirenberg, P.C.<br>
Attorneys for Plaintiff

Dated: November 10, 2016        By:   /s Jonathan I. Nirenberg
                                      Jonathan I. Nirenberg