# RABNER BAUMGART BEN-ASHER & NIRENBERG, P.C.

| | | |
|---|---|---|
| **Harold Rabner** | **Main Office** | Jonathan I. Nirenberg |
| **Elliot M. Baumgart** | 52 Upper Montclair Plaza | jnirenberg@njemploymentlawfirm.com |
| **David H. Ben-Asher** | Upper Montclair, NJ 07043 | Direct Dial: (973) 842-4397 |
| **Jonathan I. Nirenberg**◊ | Tel: (973) 744-4000 | |
| **Eugenie F. Temmler** | Fax: (973) 783-1524 | |
| **Teresa Boyle-Vellucci**◊ | | |
| **S. Robert Allcorn*** | **New York Office** | |
| **Joseph S. Fine**◊* | 122 West 27th Street, 10th Floor | |
| **Fredda Katcoff**◊* | New York, NY 10001 | ◊ Admitted in NJ & NY |
| **David Owen**◊* | Tel: (646) 822-6703 | Master of laws (LLM) in Taxation |
| **Dennis H. Sabourin *** | *Please reply to our Main Office* | * Of Counsel |
| **Jerome E. Sharfman**◊* | | |

www.njemploymentlawfirm.com

December 7, 2016

**<u>Via ECF Only</u>**
The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 2B
Newark, New Jersey 07101

         Re:    Frisari, *et al*., v. Dish Network, LLC
                Civil Action No. 2:12-cv-5495 (CCC/JAD)

Dear Judge Cecchi:

    This firm represents Plaintiff Elizabeth Frisari, individually and on behalf of all others similarly situated, in the above-referenced matter. I am writing to withdraw the pending motion to confirm the arbitration award and enter Judgment confirming that award, in light of the fact that Defendant Dish Network has now Defendant has now complied with the award.

    Thank you.

                                      Respectfully submitted,

                                      /s Jonathan I. Nirenberg
                                      Jonathan I. Nirenberg

cc:    Christian C. Antkowiak, Esq. (via ECF and electronic mail)
       Ryan F. Stephan, Esq. (via ECF and electronic mail)

                                      SO ORDERED

                                      *s/Claire C. Cecchi*
                                   Claire C. Cecchi, U.S.D.J.

                                   **Date:** December 23, 2016